

# NUMBER 13-17-00571-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                        Appellant,

v.

JASON LAMBRECHT,                                                          Appellee.

On appeal from the 148th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

Before Justices Rodriguez, Longoria, and Hinojosa
Memorandum Opinion by Justice Longoria

This appeal was abated by this Court on July 31, 2018, to allow the trial court to issue findings of fact and conclusions of law. Appellant, the State of Texas, by and through its Criminal District Attorney for the 105th Judicial District of Texas, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate

Procedure.  *See* TEX. R. APP. P. 42.2(a).  Accordingly, this case is hereby REINSTATED.

No decision of this Court having been delivered to date, we GRANT the motion and dismiss the appeal.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.  Any pending motions are dismissed as moot.

NORA L. LONGORIA
Justice

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
11th day of October, 2018.